UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN MCCABE                                          CIVIL ACTION

VERSUS                                                     NO. 24-953

GULF OFFSHORE LOGISTICS, LLC                SECTION "R" (3)
ET AL.

## ORDER AND REASONS

Before the Court is the joint motion of plaintiff and defendants to amend the scheduling order.[1] The parties aver that they need additional time to conduct discovery, but they provide no rationale as to why the deadlines, as currently set, are unworkable.

Federal Rule of Civil Procedure 16(b) provides that "[a] scheduling order may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The "good cause standard requires the party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension." *S&W Enter., L.L.C. v. SouthTrust Bank of Ala., NA*, 315 F.3d 533, 535 (5th Cir. 2003) (internal citations omitted). Whether to grant or deny a continuance is within the sound discretion of the trial court. *United States v. Alix*, 86 F.3d 429, 434

---

[1] R. Doc. 56.

(5th Cir. 1996). In deciding whether to grant a continuance, the Court's "judgment range is exceedingly wide, for . . . [it] must consider not only the facts of the particular case but also all of the demands on counsel's time and the court's." *Streber v. Hunter*, 221 F.3d 701, 736 (5th Cir. 2000) (quoting *HC Gun & Knife Shows, Inc. v. City of Houston*, 201 F.3d 544, 549-50 (5th Cir. 2000) (internal quotation marks omitted)).

The parties have not demonstrated good cause for modifying the scheduling order. Accordingly, the Court DENIES the joint motion.


New Orleans, Louisiana, this 30th day of December, 2025.


_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE