UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN MCCABE | CIVIL ACTION |
| VERSUS | NO. 24-953 |
| GULF OFFSHORE LOGISTICS, LLC ET AL. | SECTION "R" (3) |

## ORDER AND REASONS

Before the Court is the second joint motion of plaintiff and defendants to amend the scheduling order.[1] The parties aver that they need additional time to conduct discovery and provide multiple reasons to support this need including that plaintiff has not fully recovered from surgery. The Court finds that the parties have demonstrated good cause to modify the scheduling order. See Fed. R. Civ. P. 16(b)(4) (providing that "[a] scheduling order may be modified only for good cause and with the judge's consent.").

Accordingly, the Scheduling Order[2] is Amended as follows:

| Pending Matter | Previous Deadline | Amended Deadline |
|---|---|---|
| Plaintiff's Expert Disclosures | January 9, 2026 | February 6, 2026 |
| Defendant's Expert Disclosures | January 29, 2026 | February 26, 2026 |

---

[1] R. Doc. 59.
[2] R. Doc. 51.

| Depositions and all other discovery | February 3, 2026 | March 3, 2026 |
|---|---|---|
| *Daubert* Motions | February 3, 2026 | March 3, 2026 |
| Memoranda in Opposition to *Daubert* Motions | February 10, 2026 | March 10, 2026 |
| Reply Memoranda to Memoranda in Opposition to *Daubert* Motions | February 18, 2026 | March 18, 2026 |

All other deadlines established in the July 11, 2025 Scheduling Order remain.

New Orleans, Louisiana, this 6th day of January, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE